**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RENÉ I. GAMBOA, SB# 136166
  E-Mail: Rene.Gamboa@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY H. KASS, SB# 44305, *Admission Pro Hac Vice*
  E-Mail: Jeffrey.Kass@lewisbrisbois.com
ROBIN ALEXANDER, SB# 48345, *Admission Pro Hac Vice*
  E-Mail: Robin.Alexander@lewisbrisbois.com
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Telephone: 720.292.2026

Attorneys for Plaintiff,
OUIBY INC., d/b/a KICKFURTHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OUIBY INC., d/b/a KICKFURTHER,<br><br>Plaintiff,<br><br>v.<br><br>IDIL DOGUOGLU-POSEY, CARL POSEY PHOTOGRAPHY, INC., CARL POSEY,<br><br>Defendants. | Case No. 3:17-CV-03847-EMC<br><br>**STIPULATION TO EXTEND THE DATE OF THE HEARING ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date:     None Set |

In accordance with Local Rule 6-1(b), 6-2 and 7-12, plaintiff OUIBY INC., d/b/a KICKFURTHER ("Kickfurther") and defendants IDIL DOGUOGLU-POSEY, CARL POSEY PHOTOGRAPHY, INC., CARL POSEY ("Defendants," unless stated otherwise) (collectively, the "Parties"), hereby stipulate (subject to the approval of the Court) to extend the dates with respect to the upcoming Case Management Conference set for April 19, 2018, the hearing on Plaintiff's Motion To Enforce Settlement, and all other dates currently on the Court's docket, so that the Parties can

complete the process of completing the settlement of the case, including the execution of all relevant settlement documents.

The Parties state and stipulate as follows:

1. WHEREAS, on January 22, 2018, the Parties participated in a Settlement Conference before the Honorable Magistrate Judge Robert M. Illman;
2. WHEREAS, Kickfurther and Idil Doguoglu-Posey settled the case as to themselves;
3. WHEREAS, Kickfurther agreed to dismiss Carl Posey, individually;
4. WHEREAS, Kickfurther filed a Motion to Enforce Settlement that is set to be heard on April 19, 2018;
5. WHEREAS, after the filing of the Motion to Enforce Settlement, Idil Doguoglu-Posey agreed that the stipulated judgment that she and Kickfurther are entering into is to be enforced in Boulder County, Colorado;
6. WHEREAS, Kickfurther's position is that the Motion to Enforce Settlement should remain in place until the Parties have completed the settlement process and executed the relevant settlement documents;
7. WHEREAS, there is currently a Case Management Conference set for April 19, 2018;
8. WHEREAS, the Parties believe that, in the interest of saving judicial resources, the date of the Case Management Conference should be continued thirty (30) days from April 19, 2018, to give the Parties time to complete the settlement process;
9. WHEREAS, the Parties believe that, in the interest of saving judicial resources, and for the good cause shown in this stipulation, the hearing date on the Motion to Enforce Settlement and the Case Management Conference should be continued for thirty (30) days from April 19, 2018 to May 18, 2018, so that the Parties can complete the settlement process;
10. WHEREAS, continuing the hearing date on the Motion to Enforce Settlement and the Case Management Conference to May 18, 2018 will save judicial resources and, and may obviate the need for the hearing on the Motion to Enforce Settlement and the Case Management Conference;

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 | 11. WHEREAS, the Parties believed that good cause exists to grant the instant stipulated |
| 2 | request; and |
| 3 | 12. WHEREAS, this continuance of the hearing on the Motion to Enforce Settlement and the |
| 4 | Case Management Conference is sought in good faith and not for any improper purpose. |
| 5 | Pursuant to Local Rules 6-1(b), 6-2 and 7-12, the Parties stipulate to continue the hearing |
| 6 | date on the Motion to Enforce Settlement and the upcoming Case Management |
| 7 | Conference currently set for April 19, 2018 to May 19, 2018, so that the Parties can have |
| 8 | sufficient time to complete the settlement process |

Dated: April 9, 2018

By: */s/ Idil Doguoglu Posey*
Idil Doguoglu-Posey

Dated: April 9, 2018

By:
/s/ Carl Posey

Carl Posey

DATED: April 10, 2018     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
René I. Gamboa
Attorneys for Plaintiff,
OUIBY INC., d/b/a KICKFURTHER



**ORDER**

After consideration of the Parties stipulation set forth above:

**IT IS HEREBY ORDERED THAT** the hearing on Plaintiff's Motion to Enforce Settlement and Case Management Conference, both of which are currently set for April 19, 2018, shall be continued to May ~~18~~ 17, 2018.

**IT IS SO ORDERED.**

DATED: April 10 2018



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**CERTIFICATE OF SERVICE**

I hereby certify that on the date written above, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants on record.

I hereby also certify that on 04/10/18, I served the foregoing document on Carl Posey Photography, Inc. by United States mail. I enclosed the document in a sealed envelope addressed to Carl Posey Photography, Inc. at 845 61st Street, Emeryville, California, 94608. I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

                                     */s/Arlene Juarez Patino*
                                     Arlene Juarez Patino