**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RENÉ I. GAMBOA, SB# 136166
  E-Mail: Rene.Gamboa@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY H. KASS, SB# 44305, *Admission Pro Hac Vice*
  E-Mail: Jeffrey.Kass@lewisbrisbois.com
ROBIN ALEXANDER, SB# 48345, *Admission Pro Hac Vice*
  E-Mail: Robin.Alexander@lewisbrisbois.com
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Telephone: 720.292.2026

Attorneys for Plaintiff,
OUIBY INC., d/b/a KICKFURTHER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OUIBY INC., d/b/a KICKFURTHER,<br><br>Plaintiff,<br><br>v.<br><br>IDIL DOGUOGLU-POSEY, CARL POSEY PHOTOGRAPHY, INC., CARL POSEY,<br><br>Defendants. | Case No. 3:17-CV-03847-EMC<br><br>**STIPULATION TO EXTEND THE DATE OF CASE MANAGEMENT CONFERENCE HEARING AND [P~~RO~~OPOSED] ORDER**<br><br>Trial Date:  None Set |

In accordance with Local Rule 6-1(b), 6-2 and 7-12, plaintiff OUIBY INC., d/b/a KICKFURTHER ("Kickfurther") and defendants IDIL DOGUOGLU-POSEY, CARL POSEY PHOTOGRAPHY, INC., and CARL POSEY ("Defendants," unless stated otherwise) (collectively, the "Parties"), hereby stipulate (subject to the approval of the Court) to extend the date with respect to the upcoming Case Management Conference set for June 28, 2018, and all other dates currently on the Court's docket, so that the Parties can complete the settlement process, including the execution of all relevant settlement documents.

The Parties state and stipulate as follows:

1. WHEREAS, on January 22, 2018, the Parties participated in a Settlement Conference before the Honorable Magistrate Judge Robert M. Illman;

2. WHEREAS, Kickfurther and Idil Doguoglu-Posey settled the case as to themselves;

3. WHEREAS, Kickfurther agreed to dismiss Carl Posey, individually;

4. WHEREAS, Kickfurther had filed a Motion to Enforce Settlement that was set to be heard on May 17, 2018, which Kickfurther has now withdrawn without prejudice pursuant to the Notice of Withdrawal of Motion to Enforce without Prejudice filed on May 4, 2018;

5. WHEREAS, there is currently a Case Management Conference set for June 28, 2018;

6. WHEREAS, Defendants are currently reviewing the settlement documents and need more time to complete their review and respond to Kickfurther;

7. WHEREAS, Kickfurther will then need time to evaluate Defendants' comments to finalize the settlement documents;

8. WHEREAS, the Parties believe that, in the interest of saving judicial resources, the date of the Case Management Conference should be continued thirty (30) days from June 28, 2018, to give the Parties time to complete the settlement process;

9. WHEREAS, continuing the hearing date on the Case Management Conference to July 31, 2018 will save judicial resources and, and may obviate the need for the Case Management Conference;

10. WHEREAS, the Parties believed that good cause exists to grant the instant stipulated request; and

11. WHEREAS, this continuance of Case Management Conference is sought in good faith and not for any improper purpose. Pursuant to Local Rules 6-1(b), 6-2 and 7-12, the Parties stipulate to continue the upcoming Case Management Conference currently set for June 28, 2018 to July 31, 2018, so that the Parties can have sufficient time to complete the settlement process.

/ / /

/ / /

Dated: June 14, 2018

By: */s/* Idil Doguoglu-Posey
Idil Doguoglu-Posey

Dated: June 14, 2018

By:
/s/ Carl Posey
Carl Posey

DATED: June 14, 2018        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:        /s/ René I. Gamboa
René I. Gamboa
Attorneys for Plaintiff,
OUIBY INC., d/b/a KICKFURTHER

# [PROPOSED] ORDER

After consideration of the Parties stipulation set forth above:

**IT IS HEREBY ORDERED THAT** the Case Management Conference, which is currently set for June 28, 2018, shall be continued to ~~July 31, 2018.~~ August 16, 2018 at 10:30 a.m. An updated joint CMC statement shall be filed by August 9, 2018.

**IT IS SO ORDERED.**

DATED: June 21 2018



_____
The Honorable Edward M. Chen
United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen